**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 17-1097**

———————

PALASH BENEDICT D COSTA; MAGDALINA MITHUN D COSTA; A.J.D.; A.C.D.,

                Petitioners,

      v.

JEFFERSON B. SESSIONS III, Attorney General,

                Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: August 22, 2017                    Decided: September 6, 2017

———————

Before MOTZ, DIAZ, and HARRIS, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Michael E. Piston, New York, New York, for Petitioners. Chad A. Readler, Acting Assistant Attorney General, Stephen J. Flynn, Assistant Director, Imran R. Zaidi, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Palash Benedict D Costa, Magdalina Mithun D Costa, A.J.D., and A.C.D., natives and citizens of Bangladesh, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the immigration judge's denial of asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of the merits hearing before the immigration court and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *In re D Costa* (B.I.A. Dec. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2